No. 6,974.—ELIZABETH FISHER, Respondent, *v.* EARL A. KENYON et al., Appellants.

Decided September 11, 1931.

PER CURIAM.—Pursuant to stipulation of counsel it is ordered that the appeal herein be, and the same is hereby, dismissed as fully settled.

*Mr. Roy F. Allan* and *Messrs. Brown, Wiggenhorn & Davis,* for Appellants.

*Mr. Henry A. Chapple* and *Messrs. Brown & Jones,* for Respondent.

No. 6,919.—STATE ex Rel. PEPPER, Relator, *v.* WARREN et al., Respondents.

Decided September 15, 1931.

PER CURIAM.—Relator's application for a writ of certiorari is denied.

*Mr. Al. Hansen,* for Relator.